UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| ALEXANDER ROJANO CUADRADO,<br><br>Petitioner,<br><br>-v-<br><br>DIRECTOR OF IMMIGRATION AND CUSTOMS ENFORCEMENT *et al.*,<br><br>Respondents. | 26 Civ. 10377 (PAE)<br><br>ORDER |

PAUL A. ENGELMAYER, District Judge:

Today, Alexander Rojano Cuadrado, through his next friend, Mishell Espinosa, proceeding *pro se*, filed a petition for a writ of habeas corpus under 28 U.S.C. § 2241. The Court directs the government to file an answer or other otherwise respond to the petition by Tuesday, December 1, 2026.

SO ORDERED.

PAUL A. ENGELMAYER
United States District Judge

Dated: November 25, 2026
New York, New York